IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IAN CHADO *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | |
| | | CIVIL NO. JKB-17-2945 |
| NAT'L AUTO INSPECTIONS, LLC, | * | |
| trading as Carchex *et al.*, | | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT

Upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement and for the reasons stated in the accompanying Memorandum of Law, it is this 26 day of Sept, 2019, by the United States District Court for the District of Maryland:

ORDERED, that the Motion for Preliminary Approval of the Settlement is GRANTED. The Court shall hold a hearing on December 4, 2019, at 10:30 a.m., in Courtroom 5A, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. The purpose of the hearing is to determine whether the Court shall approve the settlement of this action. It is further ORDERED that RG/2 Claims Administration LLC is appointed to be the Settlement Administrator. It is further ORDERED that the proposed plan of notice to the settlement class members is APPROVED. It is further ORDERED that the proposed schedule and procedure for final approval of the settlement is APPROVED. Finally, it is ORDERED that the parties shall provide a draft order to the Court one week in advance of the fairness hearing that embodies all terms to be included in the Court's final judgment.

DATED this \_\_26\_\_ day of September, 2019.

BY THE COURT:

*/s/ James K. Bredar*

James K. Bredar
Chief Judge