IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IAN CHADO et al.,              *

   Plaintiffs,              *

v.                              *

                                                 CIVIL NO. JKB-17-2945

NAT'L AUTO INSPECTIONS, LLC,    *
T/A CARCHEX et al.,
   Defendants.              *

   *   *   *   *   *   *   *   *   *   *   *   *   *

### ORDER

For the reasons stated in the foregoing memorandum and in open court during the hearing held on July 10, 2020, it is ORDERED:

1. Plaintiffs' Joint Motion for Final Approval of the Settlement (ECF No. 156)[1] is GRANTED, and the settlement agreement is APPROVED;

2. This case is DISMISSED with prejudice;[2]

3. The Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 29th day of July, 2020.

BY THE COURT:

_____
James K. Bredar
Chief Judge

---

[1] Plaintiffs filed this as a "notice" on the docket, but the Court construes it as a motion.

[2] The court dismisses the claims of Steven Abel, Chris Bentley, John Hucks, and Jason Zumbo without prejudice to refile because each timely filed an opt-out notice. (ECF No. 150.)